No. 821. HARGRAVE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Stanley E. Sacks* for petitioner. *Solicitor General Griswold* for the United States. ■

No. 827. CHEROKEE LABORATORIES, INC., ET AL. *v.* PIERSON, EXECUTRIX. C. A. 10th Cir. Certiorari denied. *Claude H. Rosenstein* for petitioners. *James R. Eagleton* for respondent.

No. 817. MASTRIPPOLITO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Burton Marks* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States. ■

No. 831. ZIRINSKY *v.* SHEEHAN ET AL. C. A. 8th Cir. Certiorari denied. *Bernard G. Heinzen* and *William J. Hempel* for petitioner. *Joe A. Walters* and *Harold J. Soderberg* for respondents Sheehan et al. ■

No. 834. GRAYSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 840. LACOB *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.